UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRYNA L. MCQUEEN,<br><br>         Plaintiff,<br><br>    v.<br><br>NYE COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>         Defendants. | Case No. 2:15-CV-00905-APG-VCF<br><br>**ORDER EXTENDING DEADLINE<br>FOR AMENDED COMPLAINT** |

In my August 10, 2015 Order, I allowed plaintiff Patryna L. McQueen to file an amended complaint within 30 days of entry of that Order. (Dkt. #4.) I also referred this case to the Pilot Pro Bono Program to determine whether an attorney would represent Ms. McQueen. Brian Ramsey, Esq. agreed to represent her and he was appointed on September 24, 2015. (Dkt. #7.) In order to give Mr. Ramsey sufficient time to become familiar with the case and decide whether an amended complaint is appropriate, I will extend the deadline by which Ms. McQueen may file an amended complaint.

IT IS THEREFORE ORDERED that Patryna L. McQueen may file an amended complaint, if she has a basis to do so, by November 13, 2015. If she does not file an amended complaint by then, this case will proceed on the surviving claims discussed in my August 10, 2015 Order.

DATED this 22nd day of October, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE