# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| PATRYNA L. MCQUEEN,<br><br>          Plaintiff,<br><br>vs.<br><br>NYE COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>          Defendants. | 2:15-cv-00905-APG-VCF<br>**ORDER** |

Before the court is Plaintiff's First Ex Parte Motion for a 60-Day Enlargement of Time to Serve Summons Upon Defendants Anthony L. Demeo; D. Thomassian; Detective Scott; and Detective M. Eiserloffel in their Individual Capacities.  (#9).

IT IS HEREBY ORDERED that a hearing on Plaintiff's First Ex Parte Motion for a 60-Day Enlargement of Time to Serve Summons Upon Defendants Anthony L. Demeo; D. Thomassian; Detective Scott; and Detective M. Eiserloffel in their Individual Capacities (#9) is scheduled for 1:00 p.m., February 1, 2016, in courtroom 3D.

DATED this 8th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE