Brian J. Ramsey, Esq.
(NV Bar #: 12475)
MILLENNIUM LEGAL LLC
5258 South Eastern Avenue, Suite 202
Las Vegas, Nevada 89119
Phone: (702) 518-9808
Fax: (702) 942-4382
Email: brian@millenniumlegal.com
*Pro Bono Attorney for Plaintiff*

ELECTRONICALLY FILED ON 1/27/2016

# UNITED STATE DISTRICT COURT
# DISTRICT OF NEVADA

PATRYNA L. MCQUEEN,

    Plaintiff,

v.

NYE COUNTY SHERIFF'S OFFICE; et al.,

    Defendants.

Case No.: 2:15-CV-00905-APG-VCF

PLAINTIFF'S MOTION FOR TELEPHONIC APPEARANCE AT FEBRUARY 1, 2016, 1:00 P.M. HEARING.

COMES NOW Plaintiff, Patryna McQueen, by and through her pro bono attorney of record Brian J. Ramsey, Esq. of the law firm of Millennium Legal LLC and respectfully moves this court for leave for Plaintiff Patryna McQueen to telephonically appear at the Court's hearing on Plaintiff's First Ex Parte Motion for a 60-Day Enlargement of Time to Serve Defendants in their Individual Capacities (ECF #9) scheduled for 1:00 p.m., February 1, 2016, in courtroom 3D. In support of this request, Plaintiff's counsel states:

1. Plaintiff, Patryna McQueen wishes to appear at this hearing; however,
2. Ms. McQueen suffers from chronic heart valve, asthma and other stress-related conditions;
3. Ms. McQueen's conditions have been categorized as "total disability" by her doctors;
4. Accordingly, Ms. McQueen cannot drive and would have to find alternative transportation from Pahrump to the Court;

5. It is likely that the effort and the stress of this trip would aggravate one, or more of these medical conditions;

6. Accordingly, Ms. McQueen requests the Court's leave to appear telephonic, using telephone number (702) 372-7865.

For the above-enumerated reasons, Plaintiff respectfully requests this Court's permission to appear telephonically for the hearing on Plaintiff's motion (ECF #9) scheduled for 1:00 p.m., February 1, 2016.

DATED: This 27th day of January, 2016.

                              MILLENNIUM LEGAL LLC

By: */s/ Brian J. Ramsey*
      Brian J. Ramsey, Esq. (NV Bar #: 12475)
      5258 South Eastern Ave
      Las Vegas, Nevada 89119
      *Attorney for Plaintiff*

MILLENNIUM LEGAL LLC
5258 S. Eastern Ave, Suite 202
Las Vegas, Nevada 89119
(702) 518-9808

MILLENNIUM LEGAL LLC
5258 S. Eastern Ave, Suite 202
Las Vegas, Nevada 89119
(702) 518-9808

UNITED STATE DISTRICT COURT
DISTRICT OF NEVADA

PATRYNA L. MCQUEEN,

    Plaintiff,

v.

NYE COUNTY SHERIFF'S OFFICE; et al.,

    Defendants.

Case No.: 2:15-CV-00905-APG-VCF

**ORDER**

**ORDER OF THE COURT**

THIS MATTER having come before the Court on Plaintiff's Motion for Telephonic Appearance at February 1, 2016, 1:00 P.M. Hearing.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Plaintiff Patryna McQueen's motion for telephonic appearance, is GRANTED.

Plaintiff may appear telephonically at the hearing. The call in conference number is 1-888-273-3658. The access code is 3912597.

_____
Cam Ferenbach
United States Magistrate Judge

Dated this 27th day of January, 2016.